In the Matter of DART MECHANICAL CORP., Appellant, v NEW YORK CITY OFFICE OF ADMINISTRATIVE TRIALS AND HEARINGS CONTRACT DISPUTE RESOLUTION BOARD et al., Respondents. [868 NYS2d 204]—

The petition was properly dismissed where the contract did not include an escalator clause or other provision for additional compensation, and the Board rationally found (*see Secco Elec. Corp. v Kalikow*, 13 AD3d 252 [2004], *lv denied* 5 NY3d 702 [2005]) that the Department of Sanitation did not breach either the contract provision or the Procurement Policy Board's rules

regarding procurement and substitution of sole source items. Concur—Tom, J.P., Gonzalez, Nardelli, Moskowitz and Renwick, JJ.